Edward Lynn, Appellant, *v.* Sarah A. McCann Respondent, Impleaded with Another.

*Lynn v. Agnew*, 179 App. Div. 305, affirmed.

(Submitted April 17, 1919; decided May 2, 1919.)

Appeal from a judgment entered July 13, 1917, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, reversing a judgment

in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury and directing a dismissal of the complaint as to the defendant, respondent. The action was to recover for legal services alleged to have been rendered in an action of ejectment brought against the respondent's co-defendants. During the pendency of the action said co-defendants conveyed their interest in the property in suit to the respondent. The plaintiff successfully defended the action and seeks to recover for his services, against defendant, respondent, on the theory of an implied promise. The Appellate Division held that under the circumstances she could elect to join in defending the ejectment action or remain passive and stand on her deed for indemnity, and where she chose the latter course she could not be held liable for the expense of defending the action.

*Joseph McSweeney* for appellant.

*C. D. Kiehel* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, McLAUGHLIN and CRANE, JJ.